904

for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1737.  UNITED STATES *v.* AMERICAN COLLEGE OF PHYSICIANS.  C. A. Fed. Cir.  Motion of American Business Press for leave to file a brief as *amicus curiae* granted.  Certiorari granted.

No. 84–6807.  LEE *v.* ILLINOIS.  App. Ct. Ill., 5th Dist.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–421.  CONSOLIDATED X-RAY SERVICE CORP. *v.* BUGHER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 84–636.  BROWN, CONSERVATOR OF BRISCOE *v.* UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 84–677.  AMERICAN WAREHOUSEMEN'S ASSN. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.;

No. 84–684.  INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.;

No. 84–691.  INTERNATIONAL ASSOCIATION OF NVOCCS ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.;

No. 84–696.  AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.; and

No. 84–869.  HOUFF TRANSFER, INC. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.  C. A. 4th Cir.  Certiorari denied.  Reported below: 734 F. 2d 966.

No. 84–1256.  HECKMANN ET AL. *v.* CEMETERIES ASSOCIATION OF GREATER CHICAGO ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 84–1372.  THOMASSEN ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–1444.  PRICE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.